

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/20/2014

| | | |
|---|---|---|
| IN RE: | § | |
| TONY GERARD CUTAIA, MARY ANN | § | CASE NO: 05-30745 |
| CUTAIA | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 7 |

ORDER SETTING HEARING AND
DOCKET CONTROL ORDER REGARDING CONTINUANCES

Setting

A hearing will be conducted at **10:30 a.m. on June 18, 2014,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Resurgent Capital Services' Motion to Pay Unclaimed Funds (Doc. #122). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

CONTINUANCES

The Court has set the hearing with a sufficient time to allow discovery regarding disputed factual matters. If additional time for discovery is required, then a continuance must be sought within 5 days of entry of this order. If the parties are in agreement, they should contact the Court's case manager within the first 5 days to reschedule the hearing. If the parties are not in agreement, then a motion for continuance must be filed.

If a continuance is not sought within the first 5 days after entry of this order, then parties requesting a continuance will be required to file a motion and demonstrate exigent circumstances that justify a continuance. **Continuances will not be freely granted. If a continuance has not been granted, then parties must appear at the scheduled hearing with evidence. Continuances will not be granted on oral motions made at the schedule hearing.**

SIGNED **May 20, 2014.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1

```
                           United States Bankruptcy Court
                             Southern District of Texas

In re:                                                      Case No. 05-30745-mi
Tony Gerard Cutaia                                          Chapter 7
Mary Ann Cutaia
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: adol              Page 1 of 2              Date Rcvd: May 20, 2014
                              Form ID: pdf002         Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2014.
db/jdb       +Tony Gerard Cutaia,    Mary Ann Cutaia,    13851 Kidd Rd,    Conroe, TX 77302-7658
aty           Lara A Armstrong,    McCalla Rayner et al,    1544 Old Alabama Rd,    Roswell, GA 30076-2102
aty          +Porter Hedges, LLP,    1000 Main Street,    36th Floor,    Houston, TX 77002-6341
aty          +Waldron & Schneider, LLP,    15150 Middlebrook Drive,    Houston, TX 77058-1227
cr           +Chase Home Finance LLC,    c/o BBWCDF,    1900 Saint James Place, Suite 500,
               Houston, Tx 77056-4125
intp         +Citigroup Global Markets, Inc.,    c/o Santo Trombetta,    388 Greenwich Street,
               New York, NY 10013-2375
cr           +Countrywide Home Loans, Inc.,    c/o Barrett Burke Wilson Castle Daffin,
               1900 St. James Place, Ste. 500,    Houston, TX 77056-4125
cr           +Dyck-O’Neal, Inc.,    P.O. Box 13370,    3214 W. Park Row,    Arlington, TX 76013-3136
cr           +First Bank Of Conroe,    PO BOX 1280,    Conroe, TX 77305-1280
cr            MBNA America (Delaware), N.A.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
sp           +Phillips & Akers, PC,    3400 Phoenix Tower,    3200 Southwest Freeway,    Houston, TX 77027-7528
cr           +Wells Fargo Bank, N.A. Successor by Merger to Well,    c/o Barrett Burke Wilson Castle Daffin,
               1900 Saint James Place, Ste. 500,    Houston, Tx 77056-4125
acc          +William G. West, P.C., CPA,    12345 Jones Rd.,    Suite 120,    Houston, TX 77070-4958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: tingo@gecu.org May 20 2014 22:04:43     Gulf Employees Credit Union,    P. O. Box 848,
               Groves, TX 77619-0848
cr            E-mail/Text: houston_bankruptcy@LGBS.com May 20 2014 22:03:52     Montgomery County,
               c/o John Dillman,    PO Box 3064,    Houston, TX  77253-3064
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Amway Corporation
cr            Chase Home Finance LLC
cr            Regions Bank
cr            Resurgent Capital Services LP
cr            Wells Fargo Bank, N.A.
                                                                                               TOTALS: 5, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2014 at the address(es) listed below:
              Brock Cordt Akers    on behalf of Spec. Counsel    Phillips & Akers, PC
               brock.akers@phillipsakers.com, pam.godwin@phillipsakers.com;robert.riddle@phillipsakers.com
              Christopher A Beck    on behalf of Debtor Tony Gerard Cutaia cbeck@bakerbeck.net,
               cbeck@bakerbeck.net;2thelawfirm@gmail.com
              Christopher A Beck    on behalf of Joint Debtor Mary Ann Cutaia cbeck@bakerbeck.net,
               cbeck@bakerbeck.net;2thelawfirm@gmail.com
              Dominique Marshall Varner    on behalf of Creditor    First Bank Of Conroe dvarner@hwallp.com
              Felicia M Sanov    on behalf of Creditor    Wells Fargo Bank, N.A. fmh@lanierlawfirm.com
              Jennine Hovell-Cox    on behalf of Creditor    First Bank Of Conroe hovellcoxlaw@hotmail.com,
               hovellcox@aol.com
              John James Sparacino    on behalf of Creditor    Amway Corporation jsparacino@andrewskurth.com
              John P Dillman    on behalf of Creditor    Montgomery County houston_bankruptcy@publicans.com
              Jon William Daly    on behalf of Creditor    Amway Corporation jondaly@akllp.com
              Kimberly Anne Bartley    on behalf of Trustee William G West kbartley@ws-law.com, linda@ws-law.com
              Kimberly Anne Bartley    on behalf of Attorney    Waldron & Schneider, LLP kbartley@ws-law.com,
               linda@ws-law.com
```

```
District/off: 0541-4          User: adol              Page 2 of 2            Date Rcvd: May 20, 2014
                              Form ID: pdf002         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Marc H Schneider    on behalf of Trustee William G West lawfirm@ws-law.com, alicia@ws-law.com;linda@ws-law.com;tracy@ws-law.com;marcs@ws-law.com;faithe@ws-law.com
          Mary A Daffin    on behalf of Creditor   Countrywide Home Loans, Inc. sdecf@BDFGROUP.com
          Mary A Daffin    on behalf of Creditor   Chase Home Finance LLC sdecf@BDFGROUP.com
          Mary A Daffin    on behalf of Creditor   Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Home Mortgage, Inc. sdecf@BDFGROUP.com
          Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
          Robert Keith Morris, III    on behalf of Creditor   Countrywide Home Loans, Inc. kmorris@bnswlaw.com,  keith@kmorrislaw.com;cdemott@bnswlaw.com;keith@kmorrislaw.com
          Robert Keith Morris, III    on behalf of Creditor   Chase Home Finance LLC kmorris@bnswlaw.com, keith@kmorrislaw.com;cdemott@bnswlaw.com;keith@kmorrislaw.com
          Sidney H Scheinberg    on behalf of Creditor    Regions Bank Sid.Scheinberg@GodwinLewis.com, sidscheinberg@sbcglobal.net;Shannon.Wu@GodwinLewis.com;Tenacia.Whiteside@GodwinLewis.com
          Timothy Alvin Davidson, II    on behalf of Creditor    Amway Corporation tdavidson@akllp.com
          US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
          William G West     westcpa@sbcglobal.net,  TX16@ecfcbis.com

                                                                                    TOTAL: 22