IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2011

IN RE: §
   TONY GERARD CUTAIA §
   MARY ANN CUTAIA § CASE NO. 05-30745-H1-7
    §
Debtor(s) § (Chapter 7)

## ORDER

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 USC §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that <u>William G. West</u>, Trustee is authorized to pay the funds in the amount of <u>$ 1,760.99</u> now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the 2nd day of December 2011

_____

## EXHIBIT "A"

PLEASE MARK ONE:

_____ Small Dividends
__X__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 8901-6305 | 12 | $ 1,681.49 |
| Ladco Leasing<br>555 St. Charles Place<br>Thousand Oaks, CA 91360 | 9 | $    79.50 |
| | TOTAL: | **$ 1,760.99** |