IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/23/2014

| | |
|---|---|
| IN RE: § <br> § <br> § <br> TONY CUTAIA § <br> MARY ANN CUTAIA § <br> DEBTORS § <br> § | CASE NO. 05-30745 <br> (CHAPTER 7) |

## ORDER TO PAY UNCLAIMED FUNDS
[Resolves Doc. No. 122]

CAME ON to be considered Dilks & Knopik, LLC's ("D&K"), Attorney-in-Fact for Resurgent Capital Services, LP, Petition for Unclaimed Funds and Supplement to Petition for Unclaimed Funds.

It appearing that the check made payable to the original creditor, in the amount of $1,681.49 (the "Unclaimed Funds"), was not charged against the bank account of the Debtors, within the 90 day time limit, and the Trustee's Motion to Pay Funds into the Registry under 11 U.S.C. § 374(a) was entered on December 2, 2011 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that D&K is now claiming the above monies, as Attorney-in-Fact for Resurgent Capital Services, LP in D&K's Petition for Unclaimed Funds, and

Upon consideration of the pleadings, the evidence presented, and the argument of counsel, the Court has determined that D&K's Petition for Unclaimed Funds should be, and is, hereby GRANTED. Accordingly, it is

**ORDERED** that the Clerk of the U.S. District Court, Finance Section, pay said sum of $1,681.49 to Dilks & Knopik, LLC, as Attorney-in-Fact for Resurgent Capital Services, LP, by mailing the Unclaimed Funds for further distribution to Resurgent Capital Services, LP by Dilks & Knopik, LLC, at the following address:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

SIGNED this 23 day of July, 2014.

Marvin Isgur
United States Bankruptcy Judge